CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 05 2018

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

GREGORY D. SOBIN

Plaintiff(s),

v.

NANCY KAY MCHENRY

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:18CV00024
(To be assigned by Clerk of District Court)

## COMPLAINT

PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: GREGORY D. SOBIN

      Address: #13650 WABASH VALLEY
      6908 S. OLD U.S. HWY 41
      CARLISLE, INDIANA 47838

      Telephone Number: NON-APPLICABLE

   b. Plaintiff No. 2

      Name: ______

      Address: ______

      Telephone Number: ______

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: NANCY KAY MCHENRY

      Address: 3392 ARRIL LN, EARLYSVILLE, VIRGINIA 22936

   b. Defendant No. 2

      Name: ______

      Address: ______

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☐ Federal Question ☒ Diversity of Citizenship ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

______

______

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: GREGORY D. SOBIN State of Citizenship: INDIANA (ILLINOIS)

Plaintiff No. 2: ____________________ State of Citizenship: ____________________

Defendant No. 1: NANCY K. MCHENRY State of Citizenship: VIRGINIA

Defendant No. 2: ____________________ State of Citizenship: ____________________

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. THIS PLAINTIFF HAS SUFFERED THE LOSS OF HIS FATHER MR. DONALD W. SOBIN ON OCTOBER 21ST, 2016 IN NORMAL, IL. AND HAD A LIVING TRUST PREPARED ON AUGUST 27TH, 2010 (DONALD W. SOBIN FAMILY LIVING TRUST) PLAINTIFF'S FATHER HAD IN FACT PROVIDED FOR BOTH THIS PLAINTIFF AND THE DEFENDANT NANCY KAY MCHENRY EQUALLY, 50% (HALF) OF EVERYTHING TO BE DIVIDED EQUALLY BETWEEN BOTH, WHICH HAD CONSISTED OF THE FOLLOWING:

VERY (LARGE) "SAVINGS ACCOUNT"

"CHECKING ACCOUNT"

"STOCKS AND BONDS"

($143,000 JUNE 2017) → "SALE OF RESIDENCE"

"LIFE INSURANCE"

"SOCIAL SECURITY BENEFITS"

"RETIREMENT BENEFITS"

"ESTATE SALE PROCEEDS"

"INVESTMENTS LIQUIDATED"

7.) THIS PLAINTIFF GREGORY D. SOBIN IS A BENEFICIARY TO HIS FATHER MR. DONALD W. SOBIN'S ESTATE AND OF THE DONALD W. SOBIN FAMILY LIVING TRUST AN THE DEFENDANT NANCY KAY MCHENRY HAS DEPRIVED PLAINTIFF OF HIS VERY (LARGE) INHERITANCE DUE TO THIS PLAINTIFF, HAS STOLEN THE INHERITANCE THAT MR. DONALD W. SOBIN HAD EQUALLY PROVIDED FOR BOTH HIS SON (PLAINTIFF IN THIS ACTION) AND HIS DAUGHTER NANCY KAY MCHENRY (DEFENDANT IN THIS ACTION) HEREIN. THE DEFENDANT NANCY KAY MCHENRY HAS IN FACT COMMITTED A "BREACH OF FIDUCIARY DUTY" IN THE REFUSAL TO PROVIDE THIS PLAINTIFF HIS DUE INHERITANCE AS EXECUTOR.

8.) DEFENDANT NANCY KAY MCHENRY IS IS THE EXECUTOR / PERSONAL REPRESENT- ATIVE OF THE DONALD W. SOBIN FAMILY LIVING TRUST AND ESTATE BASED SOLEY ON THIS PLAINTIFF BEING CURRENTLY INCARCERATED, FOR PLAINTIFF IS THE ELDEST CHILD OF MR. DONALD W. SOBIN AN THE RESPONSIBILITY OF EXECUTOR WOULD HAVE BEEN HIS TO PROPERLY HANDLE AN MANAGE, HAD HE NOT BEEN INCARCERATED. AS SUCH THE DEFENDANT NANCY KAY MCHENRY HAS DISREGARDED THE TERMS OF MR. DONALD W. SOBIN FAMILY LIVING TRUST IN DEPRIVING PLAINTIFF OF HIS ENTITLED DUE INHERITANCE.

9.) PLAINTIFF HAS BEEN ESTRANGED FROM HIS ADOPTED SISTER FOR MANY YEARS BY CHOICE, THIS PLAINTIFF IS IN FACT ENTITLED TO THE LARGE INHERITANCE THAT WAS PROVIDED FOR HIM IN HIS FATHERS LIVING TRUST. DEFENDANT NANCY KAY MCHENRY HAS REPEATEDLY STATED TO PLAINTIFF

THAT SHE IS NOT GOING TO PROVIDE ANY LEGAL DOCUMENT'S THAT WAS PREPARED BY HIS FATHER MR. DONALD W. SOBIN AND THAT SHE IS NOT GOING TO ADHERE TOO NOR HONOR THE TERMS OF THE DONALD W. SOBIN FAMILY LIVING TRUST, WHICH PROVIDES PLAINTIFF HIS 50% (HALF) OF ALL MONIES ENTITLED HIM.

10.) DEFENDANT NANCY KAY MCHENRY HAS THREATEND PLAINTIFF BY STATING SHE HAS PLACED ALL MONIES DUE HIM INTO HER SUNTRUST BANK ACCOUNT IN CHARLOTTESVILLE VIRGINIA AND THAT THERE IS NOTHING HE CAN DO ABOUT IT, THAT THE COURT IS UNABLE TO INTERVENE FOR DEFENDANT HAS ENSURED THAT THERE WOULD BE NO COURT INTER-VENTION OR SUPERVISION IN WHAT SHE'S DONE FOR SHE CLEVERLY DID NOT PROBATE THE ESTATE OF MR. DONALD W. SOBIN IN ALBEMARLE COUNTY.

11.) DEFENDANT NANCY KAY MCHENRY FURTHER REITERATED TO PLAINTIFF THAT SHE SOLD THE RESIDENCE OF MR. DONALD W. SOBIN FOR $143,000 TO A CONNOR PROPP IN JUNE (2017) AND THAT SHE HAS FURTHER DEPRIVED THIS PLAINTIFF THE 50% (HALF) OF THAT SALE, AS DIRECTED IN THE DONALD W. SOBIN FAMILY LIVING TRUST WHICH ENTITLED HIM TO RECIEVE.

12.) DEFENDANT NANCY KAY MCHENRY HAS CONTINUOUSLY MADE THREATS TO GET EVEN WITH PLAINTIFF AT ANY AND ALL COSTS, HAS IMPLEMENTED NUMEROUS BLATANT LIES TO PLAINTIFF'S COUNSEL THAT CONSISTED OF FALSE FABRICATED ASSURANCES BEGINING ON JULY 18TH, 2017, STATING "GREG WILL GET MONEY WHEN ITS ALL SETTLED 7-9 MONTHS. I DONT KNOW I CAN EXPLAIN IT ANY EASIER!

(SEE: ATTACHED E-MAIL'S TO DEFENDANT NANCY KAY MCHENRY, HER RESPONSE AND REFUSALS TO COOPERATE AND RESPOND TO COUNSEL'S INQUIRIES)



CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

On Tue, Jul 18, 2017 at 6:17 PM, Nancy McHenry <onenonki1@aol.com> wrote:
Jennifer,

As I already stated I'm in charge of all my Dad's affairs. Greg will get money when it's all settled...7~9 months. I don't know I can explain it any easier!

Nancy K. McHenry

Sent from my iPad

On Jul 18, 2017, at 4:05 PM, Jennifer Bays Beinart <jbeinart@baysfamilylaw.com> wrote:

Nancy,

I was confused by your last email. I am not sure what "He is NOT" referred to. I am again writing to obtain additional information regarding the Estate of Donald Sobin on behalf of Greg Sobin, a beneficiary of the estate. In order to simplify matters I have listed my preliminary questions below. The answers to these questions will help me to advise Greg and alert him to the true value of the estate and what he is entitled to. I hope that I can help to reduce some of the friction between you and your brother.

**Preliminary Questions:**

1. Did Donald Sobin create a Trust prior to his death?
   Answer:

2. If so, please send me (email, fax, or mail) a copy of the trust to review.
   Answer:

3. Can you please provide an accounting of all the assets and debts of the Trust of Donald Sobin (such as a statement of the bank account and all debts on the account).
   Answer:

4. Did Donald Sobin have a Will?
   Answer:

5. If so, please send me a copy (email, fax, or mail) of the Will to review.
   Answer:

6. What happened to the proceeds from the sale of Donald's home?
   Answer:

7. Did Donald have outstanding debts when he died?
   Answer:

8. Where is the personal property, set aside for Greg, located?
Answer:

9. Who may access that location?
Answer:

10. Has an estate been opened for Donald in any state?
Answer:

11. If not, do you plan to open an estate in any state for Donald?
Answer:

12. If so when do you plan to open the estate?
Answer:

13. Can you please provide an accounting of all the assets and debts of the Estate of Donald Sobin?
Answer:

14. Please send statements for all investment accounts or bank accounts which Greg may have an interest.
Answer:

If you have an attorney, please give this letter to your lawyer, so that person discuss this matter with you. I can be reached at (317) 769-0630 if you have any questions about this. I look forward to your response.

Sincerely,

*Jennifer Bays Beinart*
Attorney at Law
Parenting Coordinator
Collaborative Professional
Registered Domestic Relations Mediator

**B | Bays Family Law**

7633 East Stonegate Drive
Zionsville, IN 46077
P: 317-769-0630
F: 317-769-0631
E: jbeinart@baysfamilylaw.com
Paralegal: Jessica@baysfamilylaw.com

   

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Jennifer Bays Beinart <jbeinart@baysfamilylaw.com>

## Re: Estate of Donald Sobin

1 message

**Nancy McHenry** <onenonki1@aol.com> Tue, Jul 18, 2017 at 7:00 PM
To: Jennifer Bays Beinart <jbeinart@baysfamilylaw.com>

No, his him is neither or the will of trust!! I'm dealing with so much paperwork right now it's not even funny!! Do what you must but I'm struggling big time here!

What took so long to get back to me?

Sent from my iPad

On Jul 18, 2017, at 6:41 PM, Jennifer Bays Beinart <jbeinart@baysfamilylaw.com> wrote:

> Nancy,
>
> As a beneficiary Greg is entitled under the law to information about the estate. Should you continue to refuse to answer my questions and refuse Greg's right to information, I will be forced to take legal action and sue you as the Personal Representative (also known as an executor). As a personal representative, you are held to a higher standard, and could face monetary penalties, fines, and contempt for a failure to meet those standards. I do not want to have to take legal action against you or your Father's estate, but your withholding of information is neither legal nor appropriate.
>
> If you answer my questions, we can deal with this matter in a reasonable way which preserves as much of the estate as possible for the beneficiaries, including yourself. It is both silly and unethical to refuse Greg information. Why would you want to dissipate your Father's estate in that manner?
>
> Greg is hearing different information from multiple people regarding the value of his late father's estate and the funds to which he is entitled. He does not trust you and is not required to "take your word for it." He is entitled to know the gross and net value of the estate. If he is named in a Will or Trust, he is entitled to a copy of the documents and an accounting of how the estate is being manged.
>
> I am trying to act reasonably and avoid costly legal fees for both of you. I hope that you will reconsider your position and provide me with the information requested.
>
> Sincerely,
>
> *Jennifer Bays Beinart*
> Attorney at Law
> Parenting Coordinator
> Collaborative Professional
> Registered Domestic Relations Mediator
>
> **JB | Bays Family Law**
> 7633 East Stonegate Drive
> Zionsville, IN 46077
> P: 317-769-0630
> F: 317-769-0631
> E: jbeinart@baysfamilylaw.com
> Paralegal: Jessica@baysfamilylaw.com



Jennifer Bays Beinart <jbeinart@baysfamilylaw.com>

## Re: Estate of Donald Sobin

1 message

**Nancy McHenry** <onenonki1@aol.com> Tue, Jul 25, 2017 at 2:22 PM
To: Jennifer Bays Beinart <jbeinart@baysfamilylaw.com>

Jennifer,

There is a Will and a Trust. I'm executor of both since Greg's in jail!

And for the third of fourth time I told there's no money for 6-8 or 9 months til everything is settled!

And please explain this to my brother so he stops calling and saying the same thing over and over again.

Nancy K. McHenry

Sent from my iPad

On Jul 25, 2017, at 12:45 PM, Jennifer Bays Beinart <jbeinart@baysfamilylaw.com> wrote:

> Nancy,
>
> So there was no Will and no Trust?
>
> - I am very confused, as you have mentioned an inheritance and Greg has as well. Without a will how is he getting any inheritance?
>     - Where did the money go from the sale of the house?
>     - Where did the money go from all his other accounts?
>     - Are you the listed executor/personal representative?
>     - What documents listed you?
>
> Things just aren't adding up or making sense to me.
>
> Sincerely,
>
> *Jennifer Bays Beinart*
> Attorney at Law
> Parenting Coordinator
> Collaborative Professional
> Registered Domestic Relations Mediator
>
> **Bays Family Law**
> 7633 East Stonegate Drive
> Zionsville, IN 46077
> P: 317-769-0630
> F: 317-769-0631
> E: jbeinart@baysfamilylaw.com
> Paralegal: Jessica@baysfamilylaw.com

13.) DEFENDANT NANCY KAY MCHENRY HAD REFUSED TO PROVIDE RESPONSES TO COUNSELS QUESTIONS RELATING TO THE ESTATE OF MR. DONALD W. SOBIN, AND THE ESTATE OF MR. DONALD W. SOBIN HAS BEEN IN FACT SETTLED MONTHS AGO AND THIS PLAINTIFF WAS NEVER PROVIDED INHERITANCE MONEY AS WAS FALSELY ASSURED BY DEFENDANT MCHENRY, FURTHER VALIDATING HER THREATS OF DEPRIVING THIS PLAINTIFF HIS INHERITENCE PROVIDED FOR HIM BY HIS FATHER MR. DONALD W. SOBIN, WHICH DEFENDANT MCHENRY HAS POSSESSION OF IN ITS ENTIRETY.

14.) DEFENDANT NANCY KAY MCHENRY HAS TWARTED COURT INTERVENTION AND SUPERVISION IN REGARDS TO HER BREACH OF FIDUCIARY DUTY IN THE MIS-HANDLING OF THE ESTATE AND THE DONALD W. SOBIN FAMILY LIVING TRUST, REFUSING TO PROVIDE THIS PLAINTIFF HIS LARGE INHERITANCE DUE HIM WHILE INTENTIONALLY FAILING TO PROBATE ESTATE TO AVOID COURT SCRUTINY AN DETECTION.

15.) DEFENDANT NANCY KAY MCHENRY HAS COMMITTED A BREACH OF FIDUCIARY DUTY, FRAUD AND THEFT OF THIS PLAINTIFF'S INHERITANCE, HAS THREATEND RETALIATION AGAINST PLAINTIFF IN FURTHERANCE AND HAS STATED THAT SHE HAD FORCED PLAINTIFF'S FATHER MR. DONALD W. SOBIN VIA THREATS TO ESTABLISH THE LIVING TRUST ON AUGUST 27, 2010 WHICH ALSO IS A BASIS TO CONTEST THE ESTABLISHMENT OF THE TRUST FROM THE ONSET.

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

#1. THAT THIS RESPECTED COURT ISSUE AN INJUNCTION TO SAFEGUARD THIS PLAINTIFF'S INHERITANCE DUE HIM, PLACING SAID MONIES ON HOLD TO PREVENT FURTHER EXPENDITURES OUT OF ENTITLED INHERITANCE DUE HIM.

#2. THAT THIS RESPECTED COURT ADMONISHES DEFENDANT FOR HER INTENTIONAL BREACH OF FIDUCIARY DUTY AND FRAUD AND SUBSEQUENTLY ORDERS DEFENDANT NANCY KAY MCHENRY TO PROVIDE PLAINTIFF HIS INHERITANCE IN ITS ENTIRETY.

#3. THAT THIS RESPECTED COURT FURTHER AWARDS PLAINTIFF COMPENSATORY DAMAGES AND PUNITIVE DAMAGES OF $300,000 FROM THE DEFENDANT.

#5. THAT THIS RESPECTED COURT GRANTS PLAINTIFF SOBIN ANY OTHER RELIEF IN HIS FAVOR AGAINST THE DEFENDANT NAMED HEREIN.

DEMAND FOR JURY TRIAL: ☒ YES ☐ NO

Signed this 29th day of March, 2018

Signature of Plaintiff No. 1 Gregory D. Sobin

Signature of Plaintiff No. 2 ______________________________

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**